FILED
1998 FEB 24  PM 3: 43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATHAN THEORTHELIS THIGPEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 95-B-0665-S |
| ) | |
| SHERIFF MELVIN BAILEY, ) | |
| THE JEFFERSON COUNTY ) | |
| COMMISSION, AND JEFFERSON ) | |
| COUNTY, ) | |
| ) | |
| Defendants. ) | |

ENTERED
FEB 2 4 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation of November 14, 1995, and February 5, 1998, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motions for summary judgment are due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this ___24th___ day of February, 1998.

Sharon Lovelace Blackburn
_____
SHARON LOVELACE BLACKBURN,
UNITED STATES DISTRICT JUDGE